O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DMITRI J. SYPHAX,

              Petitioner,

     v.

D. DAVEY, *Warden*,

           Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. LA CV 15-9112 DSF (JCG)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss the Petition ("Motion"), the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner did not oppose the Motion, and no objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Respondent's Motion, [Dkt. No. 6], is **GRANTED**;

3.     Judgment be entered dismissing this action without prejudice; and

4.     The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that "jurists of reason would find it debatable

1  whether": (1) "the petition states a valid claim of the denial of a constitutional right";

2  and (2) "the district court was correct in its procedural ruling."  *See Slack v. McDaniel*,

3  529 U.S. 473, 484 (2000).  Thus, the Court declines to issue a certificate of

4  appealability.

5          4/7/16

6  DATED: _____          _____

7                                              HON. DALE S. FISCHER
                                        UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28