JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRI J. SYPHAX, | Case No. LA CV 15-9112 DSF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. DAVEY, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

DATED: 4/7/16

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE